CERTIFICATE OF COMPLIANCE

RECEIVED

NOV 0 5 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

I certify that the foregoing document contains 2368 words according to the word count

of the computer program used to prepare it, in compliance with Tex R. App. Rule 9.4 (i)

(3).

Brian and Marvin
Dierschke
8494 Hawk Ave
San Angelo, Tx 76904


BRIAN DIERSCHKE


MARVIN DIERSCHKE


PRO SE

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

**PRIORITY MAIL** ®



For Domestic
and International Use

From

**TO**

BRIAN and Marvin Dieschke
8494 Hawk Ave
San Angelo, Tx 76904

Third District
Court of Appeals
P.o. Box   12547
Austin, Texas 78711-2547

Label 228, January 2008

$ 005.750
PITNEY BOWES

02  1P       NOV 03 2015
0001918266
MAILED FROM ZIP CODE 76957
UNITED STATES

FROM

UNITED STATES
POSTAL SERVICE ®

USPS TRACKING #

9114 9999 4431 4921 5639 17

LAB400R Aug. 2013
7690-17-000-0669

RY SPECIFIED*

M INCLUDED*